JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
HOLLY A. VANCE
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: 775-784-5438
holly.a.vance@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ORNDOFF, individually, | Case No. 2:21-cv-01819-JAD-DJA |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | ECF Nos. 8, 9 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney fees.

Dated: May 13, 2022

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
| *s/ Joseph F. Schmitt* <br>JOSEPH F. SCHMITT | *s/ Holly A. Vance* <br>HOLLY A. VANCE<br>Assistant United States Attorney |

### ORDER

Based on the parties' stipulation **[ECF No. 9]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The motion to dismiss **[ECF No. 8]** is DENIED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 16, 2022